UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 0 2 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ALFREDO GARCIA-GONZALEZ, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-013 |
| § | (Criminal No. B-02-___) |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

United States District Court
Southern District of Texas
ENTERED
JUN 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Churnock

### NOTICE AND ORDER

On April 28, 2004, the U.S. District Clerk mailed the Petitioner § 2255 forms and an application to proceed in forma pauperis (*See* Docket Sheet, Entry dated 4/24/04). Although it is not reflected on the docket sheet, this is the second time Petitioner has been mailed the forms he needs to execute in order to pursue a § 2255 claim. To date, no response has been received from the Petitioner. It is therefore ORDERED that this § 2255 Motion to Vacate, Set Aside, or Correct Sentence be placed on the dismissal docket and dismissed thereafter if the proper forms are not received from Petitioner by July 2, 2004.

DONE in Brownsville, Texas this 2nd day of June, 2004.

_____
Felix Recio
United States Magistrate Judge