UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALFREDO GARCIA-GONZALEZ, <br> Petitioner, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § <br> § CIVIL ACTION NO. B-04- <br> § <br> § (Criminal No. B-02-505) <br> § <br> § |

**ORDER**

The Court is in receipt of a letter submitted by Petitioner Gonzalez, which is dated June 13, 2004. The letter was prepared in response to an order of this Court, which was entered on June 2, 2004. That order stated that if Gonzalez did not submit his in forma pauperis application by July 2, 2004, the Court would place his habeas application on the dismissal docket.

According to Gonzalez, he has already sent the required forms to the district clerk's office for filing. He asserts that he will again refile the forms, but asks that the Court allow him additional time to do so.

The Court herein clarifies that according to the official docket sheet, the district clerk's office sent Gonzalez an in forma pauperis application on April 28, 2004. This Court checked with the district clerk's office before entering its previous order, and according to the clerk's office, no informa pauperis application had been received as of June 2, 2004. This is not to say that Gonzalez did not actually forward his application to the clerk, only that the clerk did not receive it. Accordingly, the Court hereby orders Gonzalez to submit an application to proceed in forma pauperis by July 13, 2004. For his convenience, a copy of the form is attached hereto.

IT IS SO ORDERED

DONE at Brownsville, Texas this 21st day of June, 2004.

Felix Recio
United States Magistrate Judge