UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 12 2004

Michael N. Milby, Clerk of Court

====================================================================
ALFREDO GARCIA-GONZALEZ
Petitioner,

VS                                               C.A. NO. B-04-013
                                                 (Cr. No. B-02-505)
UNITED STATES OF AMERICA,
Respondent.
====================================================================
ALFREDO GARCIA-GONZALEZ
Petitioner,

VS                                               C.A. NO. B-04-132
                                                 (Cr. No. B-02-505)
UNITED STATES OF AMERICA,
Respondent.
====================================================================

## ORDER TO CONSOLIDATE

On January 30, Petitioner Alfredo Garcia-Gonzalez filed a 28 U.S.C. 2255 application without an in forma pauperis form.

On June 21, 2004, this Court ordered Petitioner Garcia-Gonzalez to submit an application to proceed in forma pauperis by July 13, 2004. The Court attached a copy of the in forma pauperis form to the order for the Petitioner's convenience (Docket Entry No. 3 in Cause No. B04-013).

Petitioner Garcia-Gonzalez responded by filing the form provided by the court. The District Clerk stamped the date it received the form on June 29,m 2004. For reasons unknown to the Court, the District Clerk treated the Petitioner's application as a new 28 U.S.C. 2255 application and opened a new file in Cause No. B04-132 (Docket Entry Nos. 1 and 2).

It is, therefore, ORDERED that the District Clerk consolidate Cause No. B-04-132 with Cause No. B04-013. It is further ORDERED that Cause No. B04-132 be closed.

DONE at Brownsville, Texas, this 12th day of August 2004.

_____
Felix Recio
United States Magistrate Judge