AO 240 (Rev. 10/03)

United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Alfredo Garcia Gonzàlez _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Big Spring Correctional Center I 20 Unit.

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends            ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
    d. Disability or workers compensation payments     ☐ Yes   ☒ No
    e. Gifts or inheritances                           ☐ Yes   ☒ No
    f. Any other sources                               ☒ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

In the past ]2 months, I received $ 119.53 dollars as gifts from family members as to how much do I expect to receive, that I do not know since this money is only a gift not a compromise for my family.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    To this date, I have no dependants to whom I have to provide for.

I declare under penalty of perjury that the above information is true and correct.

*Alfredo Gonzalez G.*

08-18-2004                    Alfredo Garcia González
_____              _____
    Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT TRANSACTION REPORT                                           Page 1 of 1

Big Spring Correctional Center
08/13/04 13:40
ST 040 / OPR RG

BOP Number       :  18069179
Resident Name    :  GONZALEZ, ALFREDO GARCIA
Time Frame       :  04/09/2004 14:45 - 08/13/2004 13:40

---------------------------------------------------------------------------------
Date         Time     Type                         ST   OPR     Receipt #    Amount
---------------------------------------------------------------------------------

04/09/2004   14:45    Intake-Cash                   1   cobra   A731           0.96
05/05/2004   13:08    Payroll Paid                 10   jcs     J126          17.16
05/07/2004   14:40    Payroll Paid                 10   jcs     J1483          5.00
05/11/2004   08:29    Order-Swanson                 1   afs     A6414         22.20
05/11/2004   08:29    Order-Swanson-Sales Tax       1   afs     A6414          0.66
05/11/2004   14:25    Payroll Paid                 10   jcs     J2346          2.00
06/02/2004   14:37    Payroll Paid                 10   jcs     J3235         17.64
06/02/2004   14:46    Payroll Paid                 10   jcs     J3262          5.00
06/07/2004   10:48    Order-Swanson                 1   glv     A12141        20.00
06/07/2004   10:48    Order-Swanson-Sales Tax       1   glv     A12141         0.91
06/21/2004   08:42    Order-Swanson                 1   glv     A15112         3.65
06/21/2004   08:42    Order-Swanson-Sales Tax       1   glv     A15112         0.09
07/01/2004   13:55    Payroll Paid                 10   jcs     J5332         18.48
07/01/2004   13:59    Payroll Paid                 10   jcs     J5354          9.00
07/19/2004   10:05    Order-Swanson                 1   glv     A21669         9.76
07/19/2004   10:05    Order-Swanson-Sales Tax       1   glv     A21669         0.09
08/04/2004   15:07    Payroll Paid                 10   jcs     J6930         18.48
08/04/2004   15:14    Payroll Paid                 10   jcs     J6958          9.00
08/10/2004   11:16    Order-Swanson                 1   OsRa    A26650        40.15
08/10/2004   11:16    Order-Swanson-Sales Tax       1   OsRa    A26650         0.41
```