IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 1 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Respondent, § | |
| § | |
| vs. § | Cr. No. B-02-505 |
| § | C.A. No. B-04-013 |
| ALFRED GARCIA GONZALEZ, § | |
| Defendant-Petitioner. § | |
| § | |

(Magistrate Judge Felix Recio)

### GOVERNMENT'S MOTION FOR SIXTY DAY EXTENSION OF TIME TO RESPOND TO 28 U.S.C. § 2255 MOTION

The United States of America, by the United States Attorney for the Southern District of Texas ("the government") files this motion for extension of time to respond to Alfred Garcia Gonzalez 's (Gonzalez), motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255, on January 30, 2004 (Dkt 28).

The government respectfully requests an additional sixty days to adequately respond to the claims raised in the § 2255 motion and in support of the request would show the Court the following:

On September 10, 2002, a single-count indictment was filed charging Gonzalez as an Alien Unlawfully Found in the United States After Deportation, Having Previously Convicted of an Aggravated Felony, in violation of 8 U.S.C. §

1326(a) and (b). On December 2, 2002, Gonzalez appeared with counsel before the Court and pled guilty to Count 1 of the indictment; a plea agreement was entered (Dkt. 19). On March 3, 2003, Gonzalez was sentenced to 57months imprisonment followed by a 3 year term of supervised release. Gonzalez was ordered to pay a $100 special assessment; there was no fine (Dkt. 25). No notice of appeal was filed by Gonzalez.

The government's response to Gonzalez's § 2255 Motion has been ordered due by October 5, 2004, pursuant to this Court's Order entered on August 5, 2004(Dkt. 30).

The government has ordered transcripts of the Re-arraignment and Sentencing hearings which, as of the date of this motion, have not been received from the court reporting service. Moreover, since that date the undersigned Assistant United States Attorney, who has been assigned the responsibility for preparing the government's response in this case, has the responsibility for preparing the government's dispositive response in the following cases: *United States v. Law,* Civ. No. H-04-2224; Crim. No. H-03-192 (due October 6, 2004); *United States v. Aguirre-Penda,* Civ. No. M-04-197, Crim. No. M-03-684 (due October 15, 2004);*United States v. Arrendondo,* Civ. No. V-03-152, Crim. No. V-01-82-1(due October 31, 2004); *United States v. Cleveland Manners,* Civ. No. H-04-2041, Crim. No. H-01-843 (04) (due

October 31, 2004); *United States v. Houston*, Civ. No. V-03-104, Crim. No. V-02-5-1 (due October 31, 2004); *United States v. Sauceda*, Civ. No. H-04-365, Crim. No. H-01-98 (due October 25, 2004); *United States v. Martinez-Martinez*, Civ. No. M-04-134, Crim No. M-02-711(01) (due November 2, 2004); *United States v. Martinez*, Civ. No. M-04-36, Crim No. M-02-847 (due December 16, 2004); *United States v. Cisneros*, Civ. No. M-04-239, Crim. No. M-03-128 (Due December 16, 2004); *United States v. Arkadie*, Civ. No. C-04-106, Crim No. C-02-46 (2) (§ 2255 Motion stayed due to pending appeal).

The government's requested extension is made in good faith and not to delay these proceedings. Additional time is necessary to submit a § 2255 response that effectively assists this Court in resolving the issues presented so that justice may be done. Gonzalez is serving a prison sentence of 57 months; a sixty day extension will not unduly prejudice him.

For all of the foregoing reasons, accordingly, the government respectfully requests that this Court grant a sixty day extension of time for the government to file its response, that is, until December 5, 2004.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

JAMES L. TURNER
Assistant United States Attorney
Chief, Appellate Division

By: _____
JOE MIRSKY
Assistant United States Attorney
Texas Bar No. 14202000
Southern District of Texas No. 14448
P.O. Box 61129
Houston, Texas 77208-1129
(713) 567-9513
(713) 718-3302 (fax)

## CERTIFICATE OF SERVICE

I certify that on September 28, 2004, a true and correct copy of the government's motion for a sixty day extension of time to respond to Defendant-Petitioner's 28 U.S.C. § 2255 motion was mailed via certified mail, return receipt requested, to:

Alfredo Garcia Gonzalez
Federal Inmate No. 18069-179
Interstate Unit
1801 West I-20
Big Spring, TX 79720

_____
JOE MIRSKY
Assistant United States Attorney