IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| vs. | § | Cr. No. B-02-505 |
| | § | C.A. No. B-04-013 |
| ALFRED GARCIA GONZALEZ, | § | |
| Defendant-Petitioner. | § | |
| | § | |

## ORDER

The government's motion for a sixty day extension of time to respond to the motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255 is GRANTED. The government shall respond to the § 2255 motion on or before December 5, 2004.

SIGNED at Brownsville, Texas on _____ , 2004.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE