**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| vs. | § | Cr. No.  B-02-505 |
| | § | C.A. No. B-04-013 |
| ALFRED GARCIA GONZALEZ, | § | |
| Defendant-Petitioner. | § | |
| | § | |

United States District Court
Southern District of Texas
ENTERED
OCT - 5 2004
OCT - 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

The government's motion for a sixty day extension of time to respond to the

motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255 is

GRANTED.  The government shall respond to the § 2255 motion on or before

December 5, 2004.

SIGNED at Brownsville, Texas on ___October 5___ , 2004.



_____

**FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**