Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

RETURN TO SEND
CANNOT IDENTIFY ADDRESS
INMATE W/O REG. NO.

UNITED
7003 1680 0006 5214 1338

U.S. POSTAGE
MAILED FROM ZIP CODE 78520
PITNEY BOWES

Mr. Alfredo Garcia Gonzalez
Reg. No. 18065-479
FCI Fort Worth
P.O. Box ...
Fort Worth, TX 76120

Name and maybe
do not match!

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 05 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Respondent, | § § § | |
| vs. | § § | Cr. No. B-02-505<br>C.A. No. B-04-013 |
| ALFRED GARCIA GONZALEZ,<br>Defendant-Petitioner. | § § § § | |

## ORDER

The government's motion for a sixty day extension of time to respond to the motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255 is GRANTED. The government shall respond to the § 2255 motion on or before December 5, 2004.

SIGNED at Brownsville, Texas on October 5, 2004.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE