IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent, | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | Cr. No. B-02-505<br>C.A. No. B-04-013 |
| ALFRED GARCIA GONZALEZ,<br>    Defendant-Petitioner. | §<br>§<br>§ | |

## ORDER

The United States' motion for dismissal is GRANTED; and Alfred Garcia Gonzalez's motion to vacate sentence is DENIED. The corresponding civil action in this case is DISMISSED WITH PREJUDICE. The clerk shall provide a copy to the parties.

This is a final judgment.

SIGNED this _____ day of _____ 2004, at Brownsville, Texas.

---
**FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**