United States District Court
Southern District of Texas
FILED

APR 2 2 2005

Michael N. Milby
Clerk of Court

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Reciept Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7003 1680 0006 5214 2229

Sent To: Mr. Alfredo Garcia Gonzalez
Reg. No. 18069-179 - E1-6
Street, Apt No.; or PO Box No. BSCC Interstate Unit
1801 West I-20
City, State, ZIP+4 Big Spring, TX  79720

CA B04-13   (4/21/05 R&R)

PS Form 3800, June 2002                   See Reverse for Instructions

B-04 CV 13