United States District Court
Southern District of Texas
FILED

MAY 0 4 2005

Michael N. Milby
Clerk of Court

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Alfredo Garcia Gonzalez
Reg. No. 18069-179 - E1-6
BSCC Interstate Unit
1801 West I-20
Bkg Spring, TX  79720

CA B04-13   (4/21/05 R&R)

A. Signature
X _[signature]_    ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Juanita _[illegible]_    4-27-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7003 1680 0006 5214 2229

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540