United States District Court
Southern District of Texas
FILED

JUN 7 2005

Michael N. Milby
Clerk of Court



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Postmark
Here

Mr. Alfredo Garcia Gonzalez
Reg No. 10069-179 - E1-6
BSCC Interstate Unit
1801 West I-20
Big Spring, TX 79720
B04-13 (6/7/05 Amended R&R)

7003 1010 0003 6967 3198

PS Form 3800, June 2002 See Reverse for Instructions