United States District Court
Southern District of Texas
FILED

JUN 16 2005

Michael N. Milby
Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Alfredo Garcia Gonzalez
Reg No 18069-179 - E1-6
BSCC Interstate Unit
1801 West I-20
Big Spring, TX 79720

B04-13 (6/7/05 Amended R&R)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Juanita Munoz   6-10-05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1010 0003 6967 3198

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540