ORDER

United States District Court
Southern District of Texas
ENTERED
AUG 1 0 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-013 |
| | § | (CR. NO. B-02-505) |
| ALFRED GARCIA GONZALEZ, | § | |
| Defendant-Petitioner. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the government's Motion to Dismiss (Docket No. 11) is hereby GRANTED. Accordingly, Movant Alfred Garcia Gonzalez's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda Tagle
United States District Judge